# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**ELIZABETH ARIAS MARTE**

    v.                                **CIVIL CASE NO. 25-03415**

**KRISTI NOEM, et al.**

*********

## ORDER

On November 24, 2025, this Court received notice from Respondents that the Petitioner was removed from the United States to the Dominican Republic on November 18, 2025. Therefore, it is this 24th day of November, 2025, ORDERED the Petition is DISMISSED as MOOT. The Clerk is directed to close this case.

November 24, 2025

                                                          /s/
                                          Stephanie A. Gallagher
                                          United States District Judge